**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

ANTONIO MERLOS MENDOZA,
by and through their next friend
MILTON BETANCO-MARTINEZ,

Petitioner,

v. CIVIL ACTION NO. 3:26-00714

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Petitioner's Unopposed Motion for Modification of the Order to Show Cause. ECF No. 8. On November 7, 2026, Petitioner filed a Notice of Dismissal. *See* ECF No. 7. To eliminate any barriers to his timely removal, Petitioner requests a modification of the order lifting any prohibition against removal. Respondents do not object to the Motion.

For the foregoing reasons, Petitioner's Unopposed Motion, ECF No. 8, is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that the following language from the Court's prior Order to Show Cause, ECF No. 6, be **STRICKEN**:

5. Respondents **SHALL NOT** remove or facilitate the removal of Petitioner and/or their property from the Southern District of West Virginia, pending further order of the Court **EXCEPT** to the Moshannon Valley Correctional Center in Pennsylvania. To the extent Petitioner has already been removed from the District, Respondents **SHALL IMMEDIATELY** transport Petitioner back to the District **OR** to the Moshannon Valley Correctional Center. Respondents **SHALL NOT** transport Petitioner to any other location or remove Petitioner from the United States, pending further order of the Court.

6. Respondents **SHALL ONLY** be permitted to detain Petitioner at the Moshannon Valley Correctional Center **IF THEY FIRST** file a Notice to the Court (1) accepting the Court's jurisdiction over the matter, (2) affirming that they, at the time of filing, do not have the resources or capacity to house Petitioner in the Southern District of West Virginia, and (3) explaining the manner in which Petitioner will be housed.

Order at 2, ECF No. 6.

The Court **DIRECTS** that this matter be **TERMINATED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 9, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE